UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | DOCKET NO. 3:90CR131 |
| v. | ) | |
| | ) | **ORDER** |
| **CRYSTAL YVETTE CONNOR** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon Defendant's motion to modify sentence by relieving her of remaining restitution.

Upon consideration of the motion, the Court finds no good cause has been shown to warrant modifying sentence of restitution. The defendant will need to petition the United States through the United States Attorney's Office since the restitution is owed to the United States.

**IT IS THEREFORE ORDERED** that the Defendant's motion to modify sentence of restitution is hereby **DENIED**.

Signed: March 19, 2007

Frank D. Whitney
United States District Judge